UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN J. KRIER,

                Petitioner,

v.

JOHN DIAZ, Director, King County Department of Adult and Juvenile Detention,

                Respondent.

Case No. C21-102-RSL-SKV

REPORT AND RECOMMENDATION

This is a federal habeas action brought under 28 U.S.C. § 2241. Petitioner Steven Krier filed this action while he was confined at the King County Regional Justice Center where he was awaiting adjudication of criminal charges filed against him in multiple King County Superior Court cases. Dkt. 6. Petitioner alleged in his federal habeas petition a number of constitutional violations related to his ongoing confinement, and he requested release from pretrial detention. *See id*. Petitioner was subsequently released from custody after entering guilty pleas in his pending criminal cases. *See* Dkt. # 9 at 3.

On April 28, 2021, the Court issued an Order directing petitioner to show cause why this federal habeas action should not be dismissed as moot given his release from custody. *Id*. Petitioner, in his response to the Order to Show Cause, acknowledges that this matter is now

REPORT AND RECOMMENDATION
PAGE - 1

moot and moves to dismiss his petition. Given petitioner's concession that his federal habeas petition is now moot, the Court recommends that petitioner's motion to dismiss his petition be granted and that this action be dismissed with prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21)** days of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 18, 2021**.

DATED this 24th day of May, 2021.

_S. Kate Vaughan_
S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2